No. 92–9120. BARNWELL v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–9121. RUSSELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9122. DARBY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9123. DIXON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9124. VANNORSDELL v. ROWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–9125. HORNE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–9126. GUEVARA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9127. JOHNSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–9128. PIERCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9130. MONTALVO v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 92–9131. LILLY v. GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–9132. SLOAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–9133. THURMAN v. CURRAN, ATTORNEY GENERAL OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 92–9134. DANG MINH TRAN v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.